NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENENTECH, INC.,**
*Plaintiff-Appellant*

**CITY OF HOPE,**
*Plaintiff*

**v.**

**AMGEN INC.,**
*Defendant-Appellee*

---

2019-2156

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00924-CFC, Judge Colm F. Connolly.

---

## JUDGMENT

---

ROBERT J. GUNTHER, JR., Wilmer Cutler Pickering Hale and Dorr LLP, New York, NY, argued for plaintiff-appellant. Also represented by WILLIAM F. LEE, ANDREW J. DANFORD, Boston, MA; DARALYN JEANNINE DURIE, Durie Tangri LLP, San Francisco, CA.

JEFFREY A. LAMKEN, MoloLamken LLP, Washington,

DC, argued for defendant-appellee. Also represented by MICHAEL GREGORY PATTILLO, JR., LUCAS M. WALKER; ORION ARMON, Cooley LLP, Broomfield, CO; MICHELLE S. RHYU, DANIEL JEDEDIAH KNAUSS, BENJAMIN S. LIN, ALISSA WOOD, Palo Alto, CA; BRIAN KAO, LOIS KWASIGROCH, WENDY A. WHITEFORD, Amgen Inc., Thousand Oaks, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court